UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OMAR JOHNSON,

                    Plaintiff,

      -against-

RIKERS ISLAND DOC; BOB BARKER
COMPANY INC.,

                Defendants.

25 CIVIL 7077 (LTS)

CIVIL JUDGMENT

For the reasons stated in the November 13, 2025, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:    November 20, 2025

          New York, New York

                                /s/ Laura Taylor Swain
                                LAURA TAYLOR SWAIN
                         Chief United States District Judge